1  Michael K. Friedland (SBN 157,217)
   michael.friedland@knobbe.com
2  Ali S. Razai (SBN 246,922)
   ali.razai@knobbe.com
3  Samantha Y. Hsu (SBN 285,853)
   samantha.hsu@knobbe.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
5  Irvine, CA 92614
   Telephone: (949) 760-0404
6  Facsimile: (949) 760-9502

7  Attorneys for Plaintiff Oakley, Inc.

8

9

10                IN THE UNITED STATES DISTRICT COURT

11             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

**'14CV0654 BEN BLM**

13  OAKLEY, INC., a Washington          )  Civil Action No.
    corporation,                        )
14                                       )
             Plaintiff,                  )  **NOTICE OF PARTY WITH**
15                                       )  **FINANCIAL INTEREST**
         v.                              )
16                                       )
    HISGADGET, INC., a California        )
17  corporation,                         )
                                         )
18           Defendant.                  )
                                         )
19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 40.2, Plaintiff Oakley, Inc. represents that it is a subsidiary of Luxottica U.S. Holdings Corp.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 20, 2014      By: /s/ Ali S. Razai

Michael K. Friedland
Ali S. Razai
Samantha Y. Hsu
Attorneys for Plaintiff Oakley, Inc.

17528108